1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10                                    )
                                      )
11   MORGAN REECE,                    )    Case No. CV 12-10231-VAP(E)
                                      )
12                Petitioner,)    **JUDGMENT**
                                      )
13        v.                          )
                                      )
14   JERRY POWERS,                    )
                                      )
15                Respondent. )
     _____)
16

17   **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

18        Pursuant to the Order filed herewith, IT IS ORDERED

19   AND ADJUDGED that Plaintiff's Petition for Writ of

20   Supersedeas is DENIED.  The Court orders that such

21   judgment be entered.

22

23

24   Dated:  April 2, 2013      _____
                                       VIRGINIA A. PHILLIPS
25                               United States District Judge

26

27

28