FILED
CLERK, U.S. DISTRICT COURT
DEC 23 2013
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORGAN REECE,<br><br>    Petitioner,<br><br>    v.<br><br>JERRY POWERS, Chief Probation Officer, Los Angeles County Probation Department,<br><br>    Respondent. | NO. CV 12-10231-VAP(E)<br><br>ORDER ACCEPTING FINDINGS,<br>CONCLUSIONS AND RECOMMENDATIONS<br>OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that: (1) Petitioner's request to expand the record is denied; (2) Petitioner's Motion to Strike is denied as moot; (3) Petitioner's request for reconsideration of the Court's "Order re Issues of Stay and Exhaustion" is denied; and (4) "Petitioner's Request for Taking of Judicial Notice (Evidentiary Hearing Requested)" is denied.

1     IT IS FURTHER ORDERED that Judgment be entered denying and
2 dismissing the Petition with prejudice.

4     IT IS FURTHER ORDERED that the Clerk serve copies of this Order,
5 the Magistrate Judge's Report and Recommendation and the Judgment
6 herein on counsel for Petitioner and counsel for Respondent.

8     LET JUDGMENT BE ENTERED ACCORDINGLY.

10     DATED: Dec. 23 2013

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE