FILED
CLERK, U.S. DISTRICT COURT
DEC 23 2013
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORGAN REECE, | NO. CV 12-10231-VAP(E) |
| Petitioner, | |
| v. | JUDGMENT |
| JERRY POWERS, Chief Probation Officer, Los Angeles County Probation Department, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: Dec 23 2013.

_Virginia A. Phillips_
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE